THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA C. MIKNIS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 21-2217 |

# ORDER

**AND NOW**, this 21st day of December 2022, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall evaluate comprehensively, and explain properly, the record evidence relied upon as regards Plaintiff's non-compliance with treatment. The ALJ should explicitly address Plaintiff's mental health, in particular her bipolar disorder, and its impact on her ability to comply with a prescribed medicinal and therapeutic regimen. Furthermore, the ALJ should consider whether or not any inability to maintain compliance impacts Plaintiff's ability to sustain regular employment.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge